Jason P. Williams, Esq. (SBN # 232371)
WILLIAMS | PALECEK LAW GROUP, LLP
3170 Fourth Avenue, Suite 400
San Diego, CA 92103
Tel.: (619) 346-4263
Fax: (619) 346-4291
jwilliams@jpwlawyers.com
Attorneys for Plaintiff
WAWANESA GENERAL INSURANCE COMPANY
*(INDJARABIAN/1005-106)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAWANESA GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Corporation; MIDEA AMERICA CORP., a Corporation,<br><br>Defendants. | Case No.: 22-cv-00435-FWS-JEM<br><br>*Formerly Los Angeles County Superior Court Case No. 21STCV43886*<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULE** |

Plaintiff WAWANESA GENERAL INSURANCE COMPANY ("Plaintiff") and Defendants HOME DEPOT U.S.A., INC. and MIDEA AMERICA CORP. ("Defendants") (collectively, the "Parties") wish to inform the Court that they reached a settlement in principle of the above-captioned action on June 23, 2022. The Parties jointly request that the Court vacate the current scheduling order dated May 31, 2022, and all other upcoming hearings and deadlines, including Defendants Motion for Sanctions for Plaintiff's Spoliation of Evidence (Dkt. #23).

The Parties have agreed upon a settlement agreement. The Parties intend to file a Joint Motion to Dismiss as soon as practicable after the settlement agreement

and terms are finalized and completed, but respectfully request that the Parties are given 90 days to file the Joint Motion to Dismiss.

As such, and subject to the Court's approval, the Parties respectfully request that the currently scheduled hearings and deadlines be vacated and, if the Court is inclined, the Court set a Status Conference as to the Settlement and Dismissal.

DATED: June 23, 2022    **WILLIAMS | PALECEK LAW GROUP, LLP**

By:    *s/ Jason P. Williams, Esq.*
JASON P. WILLIAMS
Attorneys for Plaintiff
WAWANESA GENERAL INSURANCE COMPANY

DATED: June 23, 2022    **ROPERS MAJESKI PC**

By:    *s/ Alan J. Hart*
TODD A. ROBERTS
ALAN J. HART
Attorneys for Defendants HOME DEPOT U.S.A., INC and MIDEA AMERICA CORP.