**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAWANESA GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Corporation; MIDEA AMERICA CORP., a Corporation,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00435-FWS-JEM<br><br>*Formerly Los Angeles County Superior Court Case No. 21STCV43886*<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF CIVIL ACTION WITH PREJUDICE [33]** |

///

///

///

ORDER GRANTING JOINT MOTION AND APPLICATION FOR DISMISSAL OF CIVIL ACTION WITH PREJUDICE
-1-

4892-9094-7622.1

| | |
|---|---|
| 1 | Having considered the Joint Stipulation for Dismissal of Civil Action with |
| 2 | Prejudice [33], and finding good cause, the court hereby **ORDERS** the above- |
| 3 | captioned action **DISMISSED WITH PREJUDICE** pursuant to Fed.R.Civ.P. |
| 4 | 41(a)(1)(A)(ii), with each side to bear their owns costs and expenses.  The court |
| 5 | further **ORDERS** as follows: |
| 6 |    1. The court retains ancillary jurisdiction consistent with the court's July 8, |
| 7 |       2022, minute order [32]; and |
| 8 |    2. All future hearings, if any, are **VACATED**. |
| 9 |    **IT IS SO ORDERED.** |

DATED: August 3, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE